DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

THOMAS ORTIZ,

Appellant,

v.

ADVANTA IRA SERVICES, LLC FBO
BENEFICIARY ROTH ORA #8005207,

Appellee.

No. 2D2024-2001
———————————————

December 5, 2025

Appeal from the Circuit Court for Hillsborough County; Melissa Polo, Judge.

W. Bart Meacham of the Law Offices of William Barton Meacham, Tampa, for Appellant.

Damian Waldman and Farha Ahmed of the Law Offices of Damian G. Waldman, P.A., Largo, for Appellee.

PER CURIAM.

    Affirmed.

BLACK, SLEET, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.